**Order entered July 11, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00652-CV

### CITY OF FORT WORTH, TEXAS, Appellant

### V.

### ABDUL PRIDGEN, ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15279**

## ORDER

Before the Court is appellees' July 9, 2019 unopposed motion for an extension of time to

file their brief on the merits.  We **GRANT** the motion and extend the time to **August 20, 2019**.

/s/ ROBERT D. BURNS, III
  CHIEF JUSTICE